Bessie Ervin and Tymore Feeback, plaintiffs in error, v. The People of the State of Illinois, defendant in error. Gen. No. 8,034.

Conviction and sentence for adultery. Error to the County Court of Vermilion county; the Hon. W. T. Henderson, Judge, presiding. Heard in this court at the October term, 1926. Reversed and remanded. Opinion filed April 22, 1927.

Robert R. Rodman, for plaintiffs in error. Elmer O. Furrow, State's Attorney, for defendant in error; Louis J. Bremer and O. W. Longenecker, Assistant State's Attorneys, of counsel.

Mr. Justice Niehaus delivered the opinion of the court.

---

Frank E. Yeazel, appellant, v. Frank Bowman, appellee. Gen. No. 8,043.

Action on judgment note. Judgment for plaintiff that confession judgment stand. Appeal from the Circuit Court of Vermilion county; the Hon. Augustus A. Partlow, Judge, presiding. Heard in this court at the October term, 1926. Affirmed. Opinion filed April 22, 1927.

Fleming & Henderson, for appellant. Gunn, Penwell & Lindley, for appellee.

Mr. Justice Niehaus delivered the opinion of the court.

---

Edward H. Richter, trading as E. H. Richter and Sons, appellee, v. Indian Refining Company, appellant. Gen. No. 8,053.

Action for damages from fire caused by negligent filling of gasoline tank. Judgment for plaintiff. Appeal from the Circuit Court of Sangamon county; the Hon. E. S. Smith, Judge, presiding. Heard in this court at the October term, 1926. Affirmed. Opinion filed April 22, 1927.

Oscar John Dorwin and Brown, Hay & Stephens, for appellant. Oscar J. Putting, for appellee.

Mr. Justice Niehaus delivered the opinion of the court.

---

Mary A. Bergman et al., appellees, v. Sarah J. Rhodes et al., appellants. Gen. No. 8,058.

Bill for division of land among heirs, instead of sale. Decree for sale of premises as in statutory partition. Appeal from the Circuit Court of Macoupin county; the Hon. Frank W. Burton, Judge, presiding. Heard in this court at the October term, 1926. Reversed and remanded with directions. Opinion filed April 22, 1927. Rehearing denied June 24, 1927.

Vaughn & Nevins and Bishop & Claiborne, for appellants. Knotts & Knotts and Rinaker & Rinaker, for appellees.

Mr. Justice Niehaus delivered the opinion of the court.